rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 04 min | | |
|---|---|---|---|---|---|---|

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Lili M. Harrell | REPORTER/FTR FTR 10:10am - 10:14am |
|---|---|---|
| MAGISTRATE JUDGE Elizabeth D. Laporte | DATE September 11, 2007 | NEW CASE ☐ | CASE NUMBER 3-07-70520 EDL |

### APPEARANCES

| DEFENDANT Meena Rani | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Jody Linker | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Wendy Thomas | INTERPRETER Rupinder Kaur - Hindi | ☒ | FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
|---|---|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

SEP 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 9/12/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☒ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Laporte | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant has INS detainer.

DOCUMENT NUMBER: